# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| NANCY DEMERY, | ) | C.A. No.: 3:23-cv-00750-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION OF DISMISSAL WITH |
| v. | ) | PREJUDICE |
| | ) | |
| CHARLES ROBERT JONES and | ) | |
| NATIONAL FREIGHTWAYS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| CLEO NEESE, | ) | C.A. No.: 3:23-cv-00751-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES ROBERT JONES and | ) | |
| NATIONAL FREIGHTWAYS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Comes now the Plaintiff, Nancy Demery, with the express consent of counsel for the Defendants, and hereby stipulates to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

We so move:

*s/Scott C. Evans*
Scott C. Evans, Fed I.D. No. 10874
James B. Moore III, Fed I.D. No. 10844
Evans Moore, LLC
121 Screven Street
Georgetown, SC 29440
Office: (843) 995-5000
Fax: (843) 527-4128
scott@evansmoorelaw.com

1

james@evansmoorelaw.com

ATTORNEYS FOR PLAINTIFF

We consent:

*s/Joseph E. Thoensen*
Joseph E. Thoensen, Fed I.D. No. 9452
Crowe LaFave Garfield & Bagley
2019 Park Street
Columbia SC 29201
Office: (803) 724-5729
joe@crowelafave.com

ATTORNEY FOR DEFENDANTS

July 10, 2024
Georgetown, South Carolina